**Thomas O. MOODY, Appellant,**

v.

**STATE of Alaska, Appellee.**

**No. 401.**

Supreme Court of Alaska.

May 21, 1964.

Kenneth R. Atkinson, Anchorage, for appellant.

Robert C. Erwin, Dist. Atty., and Dorothy Awes Haaland, Asst. Dist. Atty., for appellee.

Before NESBETT, C. J., and DIMOND and AREND, JJ.

PER CURIAM.

This is an appeal from a decision of the Superior Court denying Appellant's petition for a writ of habeas corpus.

The briefs and argument before this court have presented no legal point necessary to a complete disposition of the matter not adequately answered by the memorandum opinion of the Hon. Ralph E. Moody filed September 7, 1963.

The judgment below is affirmed on the basis of the memorandum opinion of the Superior Court.